**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00265-REB-03

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  DONOVAN SOMMERVILLE,

    Defendant.

---

**MINUTE ORDER**[1]

---

On February 3, 2010, the court conducted a telephonic setting conference. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

That a Sentencing hearing is set for **April 9, 2010**, at 1:30 p.m., at which counsel and the defendant shall appear without further notice or order of the court.

Dated:  February 3, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.