**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Action No. 09-cr-00265-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

3.  DONOVAN SOMMERVILLE,

    Defendant.

---

### ORDER EXONERATING BOND

---

This criminal action has proceeded to sentencing and a final judgment and conviction, and the defendant was sentenced to Probation. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly,

**IT IS ORDERED** as follows:

1. That the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released; and

2. That the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 29th day of December, 2010.

BY THE COURT:

Robert E. Blackburn
United States District Judge